Mary Elizabeth Heard
Texas State Bar No. 24096727
Harrison & Duncan PLLC
8700 Crownhill, Suite 505
San Antonio, Texas  78209
Telephone:  (210) 821-5800
Telecopier:  (210) 826-6887
Email:  meheard@legalcounseltexas.com

*Counsel for Ovation Services LLC, as agent
for FGMS Holdings LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| IN RE: | § | Chapter 13 |
|---|---|---|
| | § | |
| **SERENA L ROCKWELL** | § | Case No. 20-30577-HDH13 |
| | § | |
| **Debtor** | § | |
| | § | |

**OVATION SERVICES, LLC'S WITNESS AND EXHIBIT LIST FOR HEARING ON JULY 30, 2020 ON OBJECTION TO DEBTOR'S CHAPTER 13 PLAN [DKT. NO. 30]**

COMES NOW Ovation Services, LLC ("Ovation"), and files this Witness and Exhibit List for the July 30, 2020, hearing on Ovation's Objection to Debtor's Chapter 13 Plan ("Objection") [Dkt. No. 30] as follows:

**Witnesses**:

1. Serena L Rockwell.

2. Collin Rockwell.

3. Deborah Drake.

4. Franklin Haggerty.

5. Stanley Haggerty.

6. Coy Morgan, Vice President, Operations, Ovation Services, LLC.

7. Any witness designated by any other party.

8. Any witness necessary for rebuttal.

**Exhibits**:

Ovation identifies the following exhibits in connection with the Hearing on the Objection:

| Ex. No. | Description | Admitted |
|---|---|---|
| O1 | All documents filed in the above-captioned case | |
| O2 | Ovation's Proof of Claim #8 and all exhibits thereto. | |
| O3 | Any Plan filed by the Debtor | |
| O4 | Any Additional Schedules and Statements Filed by the Debtor. | |
| | Any Exhibit designated by any other party | |
| | Any Exhibit necessary for rebuttal | |

Ovation reserves any and all rights to amend and/or supplement this Witness and Exhibit List, to call any witness designated by any other party and use any other Exhibit designated by any other party to the hearing.

Submitted on July 27, 2020.

Respectfully submitted,

**Harrison & Duncan PLLC**

/s/ Mary Elizabeth Heard
MARY ELIZABETH HEARD
Texas State Bar No. 24096727
Email: meheard@legalcounseltexas.com
Harrison & Duncan PLLC
8700 Crownhill, Suite 505
San Antonio, Texas  78209
Telephone:  (210) 821-5800
Telecopier:  (210) 826-6887

*Counsel for Ovation Services LLC, as agent for FGMS Holdings LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing OVATION SERVICES, LLC'S WITNESS AND EXHIBIT LIST was served on July 27, 2020 via the Court's electronic case filing (ECF) system on all parties receiving ECF notices in these cases and via first class U.S. mail to the parties listed below.

                                                 /s/ Mary Elizabeth Heard
                                                 MARY ELIZABETH HEARD

Serena L Rockwell
1331 Templecliff Drive
Dallas, TX 75217

Stephen Joseph Modric
Allen Stewart, P.C.
1700 Pacific Avenue, Suite 2750
Dallas, TX 75201

Thomas Powers
Chapter 13 Trustee
105 Decker Court Ste 1150
Irving, TX 75062

4579